UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF
KENTUCKY AT PADUCAH
CASE NO. 5:20-cv-161-TBR

LYNN RICHENDOLLAR                                                      PLAINTIFF

vs.

AMERICAN SECURITY AND PROTECTION                       DEFENDANTS


## PETITION FOR REMOVAL

The Defendant American Security and Protection serves this Petition for Removal of State Court Action designated as Lynn Richendollar v. American Security and Protection in the Marshall Circuit Court, State of Kentucky, Civil Action 20-CI-00228, to the United States District Court for the Western District of Kentucky at Paducah. In support of this Petition for Removal, defendant states as follows:

1.      The civil action in Marshall Circuit Court is between Lynn Richendollar and American. Plaintiff has alleged violations of 42 U.S.C. §2000e. These claims arise under the laws of the United States and therefore this action is removable to federal court under 28 U.S.C. §1441(c).

2.      The federal court can exercise pendent jurisdiction under 28 U.S.C. §1367(a) to adjudicate the Kentucky Civil Rights Act and breach of contract claims.

3.      The federal court can, in the alternative, exercise jurisdiction under 28 U.S.C. §1441(b) because American Security and Protection Service LLC  is a North Carolina limited liability company with its principal place of business at 375 Little Ranger, Murphy, NC 28906 and Lynn Richendollar is a Kentucky resident. While Kentucky law does not allow the amount of unliquidated damages to be listed on the

complaint (CR 8.01(2)), Plaintiff could be seeking in excess of $75,000. Defendant reserves the right to request dismissal of the complaint based on failure to name the appropriate entity.

4. The Marshall Circuit Court is in Marshall County, Kentucky, which is served by the Paducah Division of the United States District Court for the Western District of Kentucky.

5. This Petition for Removal is being filed with the Court within 30 days from the date when the defendant was served with the complaint, September 10, 2020. Defendant reserves the right to contest that proper service was made but for the purposes of removal, acknowledges the complaint was received September 10, 2020 by the Kentucky Secretary of State.

6. A copy of all pleadings and process received by defendant is attached hereto as Exhibit A and is incorporated herein by reference.

7. Contemporaneously herewith, written notice will be given to all adverse parties and to the Clerk of the Marshall Circuit Court of Kentucky that this Petition for Removal is being filed with this Court.

WHEREFORE, the defendant, American Security and Protection Services LLC, by and through counsel, files this Petition for Removal so that the entire State Court action now pending in Marshall Circuit Court may be removed to this Court for all further proceedings.

Respectfully submitted,

MARCUM TENNYSON PLLC


      /s/ Julie A. Tennyson
Julie A. Tennyson
S. Scott Marcum
P.O. Box 9551
Paducah, Kentucky  42002
(270) 534-5135
jtennyson@marcumtennyson.com

*COUNSEL FOR DEFENDANT*

*AMERICAN SECURITY AND
PROTECTION*


## CERTIFICATE OF SERVICE

It is hereby certified that the foregoing was filed electronically this the  28th day of September 2020, through the CM/ECF system and mail by first class mail to the following:

Ms. Heather Jones
111 S. 6th Street
Paducah, KY 42001


      /s/ Julie A. Tennyson
Julie A. Tennyson